partment. May 25, 1897.) Action by Charles R. Smith against Mary Fahey. No opinion. Order appealed from affirmed, with $10 costs and disbursements.

SMITH, Respondent, v. METROPOLITAN ST. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 7, 1897.) Action by Virginia C. Smith against the Metropolitan Street-Railroad Company. H. A. Robinson, for appellant. C. H. Butler, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 35 N. Y. Supp. 1062.

SMITH et al., Respondents, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. June 15, 1897.) Action by Kate M. Smith and Job Reynolds, trustees, against Melvin Smith. No opinion. Motion to dismiss appeal granted, with $10 costs.

SMITH et al., Appellants, v. VAN HOUTEN, Respondent. (Supreme Court, Appellate Division, First Department. June 11, 1897.) Action by Edward Smith and others against Erastus Van Houten. P. L. Klock, for appellants. W. E. Gowdey, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SMITH, Respondent, v. VILLAGE OF GLENS FALLS, Appellant. (Supreme Court, Appellate Division, Third Department. May 25, 1897.) Action by Dimmis Smith against the Village of Glens Falls. No opinion. Judgment and order affirmed, with costs.

SNYDER, Respondent, v. GRANGER, Appellant. (Supreme Court, Appellate Division, Second Department. June 15, 1897.) Action by Lulu B. Snyder against William Granger. No opinion. Order affirmed, with $10 costs and disbursements.

TAYLOR, Respondent, v. LONG ISLAND R. CO., et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 15, 1897.) Action by Eliza Taylor, as administratrix, etc., against the Long Island Railroad Company and others. No opinion. Motion for reargument denied, with $10 costs. See 44 N. Y. Supp. 820.

In re THOMAS. (Supreme Court, Appellate Division, Second Department. June 22, 1897.) In the matter of the application of Samuel B. Thomas for his admission to practice as an attorney at law in the state of New York. No opinion. Application granted, and applicant may take the oath at the opening of the court on any day.

THOMAS et al., Respondents, v. YOUNGS et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 25, 1897.) Action by Seaman B. Thomas and another, administrators, etc., against Joseph W. Youngs, administrator, etc., impleaded with others. No opinion. Judgment affirmed, with costs.

TIMBERLAKE, Respondent, v. PRATT, Appellant. (City Court of New York, General Term. April 28, 1897.) Action by Channing S. Timberlake against Charles M. Pratt. John Aitken, for appellant. Menken Bros., for respondent.

PER CURIAM. This is an appeal from an order denying judgment debtor's motion to vacate order in supplementary proceedings. Order affirmed, with costs.

TIMBERLAKE, Respondent, v. PRATT, Appellant. (City Court of New York, General Term. April 28, 1897.) Action by Shanning S. Timberlake against Charles M. Pratt. John Aitken, for appellant. Menken Bros., for respondent.

PER CURIAM. This is an appeal from an order denying the defendant's motion to vacate judgment. Order affirmed, with costs.

TOPLITZ, Plaintiff, v. KING BRIDGE CO., Defendant. (City Court of New York, General Term. April 28, 1897.) Action by George Toplitz against the King Bridge Company. M. H. Oppenheim, for plaintiff. J. Stikeman, for defendant. No opinion. Judgment and order affirmed, with costs.

TOUHEY, Respondent, v. SONE & FLOMING MANUF'G CO. et al., Appellants (two cases). (Supreme Court, Appellate Division, Second Department. June 15, 1897.) Action by Martin Touhey against the Sone & Floming Manufacturing Company, impleaded. No opinion. Appeal from first order dismissed; second order appealed from affirmed, with $10 costs and disbursements in both cases.

In re TOWN OF EASTHAMPTON. (Supreme Court, Appellate Division, Second Department. April 26, 1897.) In the matter of laying out highway in the town of Easthampton, etc. No opinion. The certificate of the commissioners, and the proofs upon which the order of the county court was granted, must be certified by the county court to the appellate division, as required by section 90 of the highway law. In this case this is a vital matter, as there is an essential dispute as to what papers were presented to the county court, the opposing parties contending that the record before us does not contain all the proofs that were actually taken.

TUSCH, Plaintiff, v. GERMAN SAV. BANK, Defendant. (City Court of New York, General Term. April 28, 1897.) Action by Julia H. Tusch against the German Savings Bank. C. Browne, for plaintiff. W. B. Holls, for defendant. No opinion. Judgment and order affirmed, with costs.

UNIVERSAL PAPER–BAG CO., Respondent, v. FENSLEY et al., appellants. (Supreme Court, Appellate Division, First Department. June 11, 1897.) Action by the Universal Paper-Bag Company against William L. Fensley and others. G. C. Case, for appellants. A. C. Smith,